445 A.2d 236

Green, Appellant v. Long.

Submitted February 10, 1982. Sylvester A. Beozzo, for appellant; William D. Long, appellee, in propria persona.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Appeal quashed.